UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
R.S. RAGHAVENDRA,

                                        Plaintiff,

        -against-

DONNA P. FENN, THE TRUSTEES OF COLUMBIA
UNIVERSITY, LOUIS D. STOBER, JR., LAW OFFICES
OF LOUIS D. STOBER, JR., EDWARD A. BRILL, GREG
MASHBERG, PROSKAUER ROSE, LLP,

                                        Defendants.
------------------------------------------------------------------------X

For Online Publication Only

**ORDER**
16-CV-4118 (JMA) (SIL)

**AZRACK, United States District Judge:**

By order dated October 20, 2017, the Honorable Paul A. Crotty ordered plaintiff to withdraw this action because no events underlying plaintiff's claims occurred in this District and because the instant litigation is one of many frivolous actions plaintiff has filed in various state and federal courts in New York. See Raghavendra v. The Trustees of Columbia University in the City of New York et al., 06-CV-6841 (S.D.N.Y.), ECF No. 354 at 10. On December 1, 2017, Judge Crotty again ordered plaintiff to withdraw this action after plaintiff announced his intention to defy Judge Crotty's October 20, 2017 order. See Raghavendra v. The Trustees of Columbia University in the City of New York et al., 06-CV-6841 (S.D.N.Y.), ECF No. 357 at 5. Judge Crotty further ordered that failure to withdraw this action by December 18, 2017 would result in a fine of $1,000 per day for each day that plaintiff is in non-compliance. Id. at 8. Plaintiff's attempts to overturn Judge Crotty's orders on appeal have all been unsuccessful.

Plaintiff has failed to comply with Judge Crotty's orders and continues to file various documents with this Court in defiance of my orders. In light of the above, I find that it is appropriate to dismiss this action *sua sponte* with prejudice.

Additionally, defendants' motions to strike docket entries [9], [10], [10-1], [10-2], [12], [16], [18], [18-2], [18-3], [25], [29], [32] and [47] are GRANTED.  Access to these documents will be limited only to the parties in this case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to close this case and to send a copy of this Order to the *pro se* plaintiff.

**SO ORDERED.**

Dated:  September 30, 2018
Central Islip, New York

                                                        /s/  (JMA)
                                              JOAN M. AZRACK
                                              UNITED STATES DISTRICT JUDGE